**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY WILLIAMSON, | : | Case No. 1:18-cv-569 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| HAMILTON COUNTY SHERIFF, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18) AND**
**TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with the Court and, on September 18, 2019, filed a Report and Recommendation recommending that this case be dismissed based upon Plaintiff's failure to keep the Court apprised of his current address, and corresponding failure to prosecute.  (Doc. 18).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 18) is **ADOPTED**;

2. This case is **DISMISSED** based upon Plaintiff's failure to keep the Court apprised of his current address, and corresponding failure to prosecute;

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the Court's docket; and

4. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 4/17/2020

*s/Timothy S. Black*
Timothy S. Black
United States District Judge